UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff, | )<br>)<br>) |
| vs. | ) CAUSE NO. 1:21-cr-00044-JRS-MKK<br>) |
| TERRANCE FLETCHER,<br>       Defendant. | )                   -01<br>) |

**REPORT AND RECOMMENDATION**

On March 4, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 14, 2023, and order granting on July 17, 2023, and Supplemental Petition for Warrant or Summons for Offender under Supervised Release filed on January 10, 2024, and order on January 11, 2024. [Filing Nos. 5, 7, 10, 11.] Defendant, Terrance Fletcher appeared in person with his appointed counsel Gwendolyn Beitz. The government appeared by Jayson McGrath, Assistant United States Attorney. U. S. Parole and Probation appeared by Justin A. Meier.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

    2.    After being placed under oath, Defendant admitted to violation number 1. [Filing Nos. 5, 7.] Government orally moved to withdraw the remaining violation number 2 [Filing Nos. 10, 11], which motion was granted by the Court.

    3.    The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."** |
| | Mr. Fletcher's last reported address was 3525 Shadeland Avenue Room #208, in Indianapolis, Indiana. On June 29, 2023, a check with the motel he was residing at indicates he is no longer |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. The parties jointly recommended a sentence of 12 months' imprisonment with no supervised release to follow. Defendant requested placement at Federal Correctional Institution, Fort Dix, New Jersey.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his/her supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months' imprisonment with no supervised release to follow. The Magistrate Judge recommended placement at Federal

Correctional Institution, Fort Dix, New Jersey.  The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 3/4/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system